**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KELVIN WASHINGTON,

    Plaintiff,

v.                              Case No.   3:23-cv-800-MMH-JBT

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 27; Stipulation) filed on December 29, 2023.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own attorneys' fees, costs, and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record